UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08-27-14
```

THE ESTATE OF VILMA SOLTESZ, *et al.*,

Plaintiffs,

-v-

DELTA AIR LINES, INC., *et al.*,

Defendants.

No. 14-cv-3893 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a joint letter from the parties informing the Court that they have reached a settlement. (Doc. No. 16.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.

SO ORDERED.

Dated: August 27, 2014
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE